IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSALBA PAOLA ORTEGA ARANDA, et. al.,

        Plaintiffs,

v.

UNITED STATES FOREST SERVICE,

        Defendant.

No. 3:17-cv-02041-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [16] on September 4, 2018, in which he recommends that this Court grant Defendant's Motion for Summary Judgment [13] and dismiss this action with prejudice. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 18. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings and Recommendation [16]. Defendant's Motion for Summary Judgment [13] is GRANTED. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 19 day of November, 2018.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge